UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00840-FDW

| MARGARET W. FINK, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant Acting Commissioner of Social Security Nancy A. Berryhill's Consent Motion to Remand (Doc. No. 8) pursuant to section four of 42 U.S.C. § 405(g). Plaintiff's attorney consents to Defendant's Motion.

Accordingly, for good cause shown, the Court hereby GRANTS Defendant's Motion (Doc. No. 8), REVERSES the Commissioner's decision under sentence four of 42 U.S.C. section 405(g) and REMANDS the case to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991). Consequently, Plaintiff's Summary Judgment Motion (Doc. No. 6) is DENIED as MOOT.

IT IS SO ORDERED.

Signed: June 30, 2017

Frank D. Whitney
Chief United States District Judge