UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:16-cv-00840-FDW

| MARGARET W. FINK, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Upon consideration of Plaintiff's Consent Motion for Fees and Costs Pursuant to the Equal Access to Justice Act (Doc. No. 11), it is hereby ordered that Plaintiff is awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount $4,807.60, and costs, in the amount of $420.31, in full satisfaction of all claims arising under the Equal Access to Justice Act. The fee shall be payable to and sent to the office of Plaintiff's counsel, George C. Piemonte.

IT IS SO ORDERED.

Signed: October 2, 2017

Frank D. Whitney
Chief United States District Judge